1  BENJAMIN B. WAGNER
   United States Attorney
2  STANLEY A. BOONE
   KIRK E. SHERRIFF
3  Assistant U.S. Attorneys
   2500 Tulare Street, Suite 4401
4  Fresno, California 93721
   Telephone: (559) 497-4000
5  Facsimile: (559) 497-4099

6  Attorneys for the
   United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CASE NO.: 1:09-cr-00375 AWI |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER |
| | ) CONTINUING SENTENCING HEARING |
| v. | ) Old Date: April 23, 2012 |
| | ) Old Time: 10:00 a.m. |
| | ) **New Date: October 29, 2012** |
| JERALD ALLEN TEIXEIRA, | ) **New Time: 10:00 a.m.** |
| | ) **Court:    Two** |
| Defendant. | )   **(Hon. Anthony W. Ishii)** |

Defendant Jerald Allen Teixeira pleaded guilty on September 28, 2009 to the Information filed in this case. Sentencing is currently set for April 23, 2012, at 10:00 a.m.

This case is related to the pending case <u>U.S. v. David Crisp, et al.</u> (No. 1:11-cr-0026 LJO), which the Court has designated as complex. The present case concerns transactions or events related to the scheme and artifice to defraud mortgage loan companies and federally insured lending/financial institutions that is charged in

---
Stipulation & Order Continuing Sentencing Hearing

U.S. v. David Crisp, et al., and it is anticipated that Mr. Teixeira may be called as a witness in that case.

To allow additional time for Mr. Teixeira to fulfill his obligations under the plea agreement, the parties hereby stipulate and jointly request that the Court order that the sentencing hearing in this case be continued from April 23, 2012 to October 29, 2012, at 10:00 a.m., or the earliest date thereafter that is convenient to the Court. The parties further stipulate and jointly request that the Court extend the deadline to submit informal objections to the Pre-Sentence Report (PSR) to three weeks prior to the continued sentencing date, and extend the deadline to file formal objections to the PSR to one week prior to the continued sentencing date.

Respectfully submitted,

Dated: March 23, 2012        BENJAMIN B. WAGNER
                             United States Attorney

                        By:  /s/ Kirk E. Sherriff
                             STANLEY A. BOONE
                             KIRK E. SHERRIFF
                             Assistant U.S. Attorneys


Dated: March 23, 2012        /s/ David Torres
                             (authorized on 3/23/12)
                             DAVID TORRES
                             Attorney for Defendant
                             JERALD ALLEN TEIXEIRA

**ORDER**

The court has reviewed and considered the stipulation of the parties to continue the sentencing hearing in this case. Good cause appearing, IT IS ORDERED that the sentencing hearing is continued from April 23, 2012 to October 29, 2012, at 10:00 a.m., and that the deadlines to submit informal objections and to file formal objections to the Pre-Sentence Report are extended as set forth above.
IT IS SO ORDERED.

Dated: March 23, 2012

_____
CHIEF UNITED STATES DISTRICT JUDGE