```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  STANLEY A. BOONE
    KIRK E. SHERRIFF
 3  HENRY Z. CARBAJAL III
    Assistant U.S. Attorneys
 4  2500 Tulare Street, Suite 4401
    Fresno, California 93721
 5  Telephone: (559) 497-4000
    Facsimile: (559) 497-4099
 6
    Attorneys for the
 7  United States of America
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO.: 1:09-cr-00375 AWI |
|---|---|---|
| Plaintiff, | ) ) ) | STIPULATION AND ORDER CONTINUING SENTENCING HEARING |
| v. | ) ) ) | Old Date: October 29, 2012 Old Time: 10:00 a.m. |
| JERALD ALLEN TEIXEIRA, | ) ) ) | **New Date: April 29, 2013** **New Time: 10:00 a.m.** **Court: Two** |
| Defendant. | ) ) | **(Hon. Anthony W. Ishii)** |

Defendant Jerald Allen Teixeira pleaded guilty on September 28, 2009 to the Information filed in this case. Sentencing is currently set for October 29, 2012, at 10:00 a.m.

This case is related to the pending case U.S. v. David Crisp, et al. (No. 1:11-cr-0026 LJO), which the Court has designated as complex. The present case concerns transactions or events related to the scheme and artifice to defraud mortgage loan companies and federally insured lending/financial institutions that is charged in

---
Stipulation & [Proposed] Order Continuing Sentencing Hearing

U.S. v. David Crisp, et al..

To allow additional time for Mr. Teixeira to fulfill his obligations under the plea agreement, the parties hereby stipulate and jointly request that the Court order that the sentencing hearing in this case be continued from October 29, 2012 to April 29, 2013, at 10:00 a.m., or the earliest date thereafter that is convenient to the Court. The parties further stipulate and jointly request that the Court extend the deadline to submit informal objections to the Pre-Sentence Report (PSR) to three weeks prior to the continued sentencing date, and extend the deadline to file formal objections to the PSR to one week prior to the continued sentencing date.

Respectfully submitted,

Dated: Oct. 10, 2012        BENJAMIN B. WAGNER
                            United States Attorney

                        By: /s/ Kirk E. Sherriff
                            STANLEY A. BOONE
                            KIRK E. SHERRIFF
                            HENRY Z. CARBAJAL III
                            Assistant U.S. Attorneys

Dated: Oct. 10, 2012        /s/ David Torres
                            (authorized on 10/10/12)
                            DAVID TORRES
                            Attorney for Defendant
                            JERALD ALLEN TEIXEIRA

**ORDER**

The court has reviewed and considered the stipulation of the parties to continue the sentencing hearing in this case. Good cause appearing, IT IS ORDERED that the sentencing hearing is continued from October 29, 2012 to April 29, 2013, at 10:00 a.m., and that the deadlines to submit informal objections and to file formal objections to the Pre-Sentence Report are extended as set forth above.

IT IS SO ORDERED.

Dated: October 10, 2012

CHIEF UNITED STATES DISTRICT JUDGE